**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____  Chapter ___7___

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | My Print and Copy, LLC |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 26-0253251 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 100 Cummings Center, Suite 210D<br>Beverly, MA 01915 | P.O. Box 443<br>Candia, NH 03034 |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Essex | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    www.myprintandcopy.com

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **My Print and Copy, LLC**                                    Case number (*if known*) _____
         Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5614

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

Debtor   My Print and Copy, LLC
    Name

Case number (if known) _____

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

      Contact name _____

      Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   My Print and Copy, LLC                                     Case number (*if known*) _____
         Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___November 30, 2023___
            MM / DD / YYYY

**X** /s/  Richard E. McElroy _____          Richard E. McElroy _____
    Signature of authorized representative of debtor          Printed name

Title  Manager _____

---

**18. Signature of attorney**

**X** /s/ Lisa K Bruno _____          Date ___November 30, 2023___
    Signature of attorney for debtor                       MM / DD / YYYY

Lisa K Bruno _____
Printed name

Consumer Bankruptcy Relief Center _____
Firm name

491 Maple Street Suite 308
Danvers, MA 01923 _____
Number, Street, City, State & ZIP Code

Contact phone  (978) 922-9200 _____     Email address  lisa@consumerbankruptcyrelief.com _____

557541 MA _____
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    My Print and Copy, LLC

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.**   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒   *Schedule H: Codebtors* (Official Form 206H)
☒   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    November 30, 2023     **X** /s/   Richard E. McElroy
                                              Signature of individual signing on behalf of debtor

                                            Richard E. McElroy
                                            Printed name

                                            Manager
                                            Position or relationship to debtor

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    My Print and Copy, LLC

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

### Part 1:   Summary of Assets

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $       0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................    $       160,884.00

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................    $       160,884.00

---

### Part 2:   Summary of Liabilities

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $       230,496.00

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $       0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$       28,992.00

4.   **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b                      $       259,488.00

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____ My Print and Copy, LLC _____

United States Bankruptcy Court for the: _____ DISTRICT OF MASSACHUSETTS _____

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | Savings | 5748 | $56,263.00 |
| 3.2. | Marblehead Bank | Checking | 0536 | $5,756.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$62,019.00

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1. | Deposit on commercial lease | $3,500.00 |
|---|---|---|

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | My Print and Copy, LLC | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**9.**   **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$3,500.00

---

**Part 3:**   **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.   Go to Part 4.
☒ Yes Fill in the information below.

**11.**   **Accounts receivable**

11b. Over 90 days old:   11,980.00   -   0.00   =....   $11,980.00
face amount       doubtful or uncollectible accounts

---

**12.**   **Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

$11,980.00

---

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.   Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.**   **Raw materials** | | | | |
| **20.**   **Work in progress** | | | | |
| **21.**   **Finished goods, including goods held for resale** | | | | |
| **22.**   **Other inventory or supplies**  Misc. paper | | $0.00 | Comparable sale | $2,500.00 |
| Misc. envelopes | | $0.00 | Comparable sale | $250.00 |
| Misc. Fastback bindings | | $0.00 | Comparable sale | $250.00 |
| Misc. coil bindings | | $0.00 | Comparable sale | $100.00 |
| Misc. tabs for tabbing machine | | $0.00 | Comparable sale | $50.00 |
| Misc. laminating pouches for laminator | | $0.00 | Comparable sale | $50.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | My Print and Copy, LLC | Case number *(If known)* | |
|--------|------------------------|--------------------------|---|
| | Name | | |

**23.** **Total of Part 5.**

Add lines 19 through 22.   Copy the total to line 84.

$3,200.00

**24.** **Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|---------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|
| **39.** | **Office furniture** | | | |
| | 2 folding tables | $0.00 | Comparable online sale | $60.00 |
| | 2 work counters | $0.00 | Comparable online sale | $60.00 |
| | Wood and laminate work counter | $0.00 | Comparable online sale | $50.00 |
| | Metal shelf unit (65"x42"x16") with shelves | $0.00 | Comparable online sale | $100.00 |
| | 3 red storage cabinets | $0.00 | Comparable online sale | $100.00 |
| | 2 two-drawer filing cabinets | $0.00 | Comparable online sale | $100.00 |
| | Four-drawer filing cabinet | $0.00 | Comparable online sale | $100.00 |
| | 4 office chairs | $0.00 | Comparable online sale | $80.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor     My Print and Copy, LLC                                    Case number *(If known)* _____
_____
                Name

| | | | |
|---|---|---|---|
| Four-drawer letter-sized filing cabinet | $0.00 | Comparable online sale | $75.00 |
| 2 metal desks | $0.00 | Comparable online sale | $150.00 |
| Table | $0.00 | Comparable online sale | $50.00 |
| Ikea shelving unit (5"x5" cubbies) | $0.00 | Comparable online sale | $40.00 |
| 2 metal storage cabinets (3'x42"x18") | $0.00 | Comparable online sale | $80.00 |
| Clock | $0.00 | Comparable online sale | $40.00 |
| 2 Ikea desks | $0.00 | Comparable online sale | $50.00 |
| 3 plywood workstations (2'x4') | $0.00 | Comparable online sale | $150.00 |
| 2 four-drawer filing cabinets | $0.00 | Comparable online sale | $150.00 |
| Misc. wire storage shelving | $0.00 | Comparable online sale | $150.00 |
| 2 storage racks (6'x3'x18") | $0.00 | Comparable online sale | $150.00 |
| Wood-topped metal frame (6'x3') | $0.00 | Comparable online sale | $250.00 |
| 2 metal storage cabinets (7'x5'x2') | $0.00 | Comparable online sale | $250.00 |
| 3 wooden workbenches with upper shelves | $0.00 | Comparable online sale | $300.00 |
| 4 bulk shelving units (6'x4'x18") | $0.00 | Comparable online sale | $400.00 |
| Ikea partial shelf unit | $0.00 | Comparable online sale | $10.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | My Print and Copy, LLC | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | |
|---|---|---|---|
| Coat rack | $0.00 | Comparable online sale | $10.00 |
| Wooden stool | $0.00 | Comparable online sale | $5.00 |
| Luxor plastic utility cart with wheels (33"x24"x18") | $0.00 | Comparable online sale | $25.00 |
| Computer desk | $0.00 | Comparable online sale | $20.00 |
| Kwik Kopy light box sign | $0.00 | Comparable online sale | $20.00 |
| 2 waiting room chairs | $0.00 | Comparable online sale | $20.00 |
| Wood front counter | $0.00 | Comparable online sale | $20.00 |
| Xerox light box sign | $0.00 | Comparable online sale | $20.00 |
| Ikea wall shelf (1x unit) | $0.00 | Comparable online sale | $20.00 |
| Office chair | $0.00 | Comparable online sale | $20.00 |
| Humidifier | $0.00 | Comparable online sale | $20.00 |
| Dehumidifier | $0.00 | Comparable online sale | $20.00 |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| Microwave | $0.00 | Comparable online sale | $20.00 |
| Wall-mounted shop vac | $0.00 | Comparable online sale | $25.00 |
| Mop bucket | $0.00 | Comparable sale | $5.00 |
| Office paper shredder | $0.00 | Comparable online | $10.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                     Best Case Bankruptcy

| Debtor | My Print and Copy, LLC | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | sale | |
|---|---|---|---|---|
| 2 Mac laptops, 5+ years old | | $0.00 | Comparable online sale | $600.00 |
| 2 production computers, 4 to 5 years old | | $0.00 | Comparable online sale | $200.00 |
| Cuisinart single K-cup coffee maker | | $0.00 | Comparable online sale | $25.00 |
| Mini fridge | | $0.00 | Comparable online sale | $25.00 |
| Misc. office trash and recycling bins | | $0.00 | Comparable online sale | $25.00 |
| Dymo postage scale | | $0.00 | Comparable online sale | $30.00 |
| Mailing PC, 8+ years old | | $0.00 | Comparable online sale | $25.00 |
| Vornado humidifier | | $0.00 | Comparable online sale | $25.00 |
| 24 wire mesh wall hanging organizers | | $0.00 | Comparable online sale | $120.00 |
| Misc. office supplies | | $0.00 | Comparable sale | $75.00 |
| PC desktop computer | | $0.00 | Comparable online sale | $100.00 |
| 4 computer monitors | | $0.00 | Comparable online sale | $200.00 |
| Misc. computer wiring | | $0.00 | Comparable sale | $100.00 |
| Trash and recycling bins | | $0.00 | Comparable online sale | $100.00 |
| Refrigerator | | $0.00 | Comparable online sale | $150.00 |
| Kirby 2000 vacuum | | $0.00 | Comparable online sale | $120.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | My Print and Copy, LLC | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| Asus monitor | $0.00 | Comparable online sale | $50.00 |
|---|---|---|---|
| 2 Samsung printers | $0.00 | Comparable online sale | $50.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.    Copy the total to line 86.

| $5,245.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 8:      Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.    Go to Part 9.
☒ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| Morgana DocuCrease 35 paper creaser | $0.00 | Comparable online sale | $50.00 |
|---|---|---|---|
| Foot-powered paper edge rounder | $0.00 | Comparable online sale | $50.00 |
| Misc. small hand tools | $0.00 | Comparable online sale | $50.00 |
| Counter-mounted vise | $0.00 | Comparable online sale | $50.00 |
| Manual Southwest GBC binder | $0.00 | Comparable online sale | $50.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    My Print and Copy, LLC
_____
Name

Case number *(If known)* _____

| | | | |
|---|---|---|---|
| 2 label printers | $0.00 | Comparable online sale | $40.00 |
| Lassco paper corner cutter | $0.00 | Comparable online sale | $200.00 |
| Akiles laminator | $0.00 | Comparable online sale | $150.00 |
| Salco Rapid 106 electric stapler | $0.00 | Comparable online sale | $130.00 |
| Rhin-O-Tuff HD700 coil punch | $0.00 | Comparable online sale | $150.00 |
| Akiles Finish-@-Coil-M coil inserter | $0.00 | Comparable online sale | $300.00 |
| Rosback Stitcher | $0.00 | Comparable online sale | $300.00 |
| 6 spare blades for paper cutter | $0.00 | Comparable online sale | $300.00 |
| Fastback tape binding machine | $0.00 | Comparable online sale | $250.00 |
| Duplo collator (DC-6000S) | $0.00 | Comparable online sale | $500.00 |
| Challenge Single paper drill | $0.00 | Comparable online sale | $800.00 |
| Challenge triple paper drill | $0.00 | Comparable online sale | $400.00 |
| Challenge Paddy Wagon padding press | $0.00 | Comparable online sale | $400.00 |
| Bravo XRP Disc Duplicator | $0.00 | Comparable online sale | $350.00 |
| Pitney Bowes W760 conveyer belt | $0.00 | Comparable online sale | $300.00 |
| Rena conveyor belt with green belts | $0.00 | Comparable online sale | $300.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    My Print and Copy, LLC                                    Case number *(If known)* _____
        Name

| | | | |
|---|---|---|---|
| Horizon SmartSlitter SMSL-100 sheet processor. | $0.00 | Comparable online sale | $45,000.00 |
| Xante Impressia Envelope press with feeder | $0.00 | Comparable online sale | $5,000.00 |
| Baum paper folder 2015 | $0.00 | Comparable online sale | $5,000.00 |
| GBC AP-2 Ultra Paper Punch | $0.00 | Comparable online sale | $4,000.00 |
| Beseler shrink-wrap machine | $0.00 | Comparable online sale | $3,000.00 |
| Accufast KT tabber with FX feeder | $0.00 | Comparable online sale | $2,800.00 |
| Neopost envelope sorter/stuffer (DS-80) | $0.00 | Comparable online sale | $2,500.00 |
| Challenge paper cutter with micro cut | $0.00 | Comparable online sale | $2,500.00 |
| Xerox Versant 180 digital press; leased equipment; listed for disclosure purposes | $0.00 | | $0.00 |
| Xerox EX 180 print server; leased equipment; listed for disclosure purposes | $0.00 | | $0.00 |
| Xerox D125 copier/printer; leased equipment; listed for disclosure purposes | $0.00 | | $0.00 |
| Dolly | $0.00 | Comparable online sale | $20.00 |

51.   **Total of Part 8.**                                                    | $74,940.00 |
     Add lines 47 through 50.   Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☒ No
     ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☒ No
     ☐ Yes

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

     ☒ No.   Go to Part 10.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    My Print and Copy, LLC _____    Case number *(If known)* _____
          Name

☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.    Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.    Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | My Print and Copy, LLC | Case number *(If known)* | _____ |
| | Name | | |

**Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $62,019.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $3,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $11,980.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**  *Copy line 23, Part 5.* | $3,200.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,245.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $74,940.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $160,884.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $160,884.00 |

Fill in this information to identify the case:

Debtor name ___ My Print and Copy, LLC

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) ___

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** Cummings Properties, LLC<br>Creditor's Name<br><br>200 West Cummings Park<br>Woburn, MA 01801<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>8/30/2007<br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>All office and other equipment, furniture, inventory, and other property, whether existing or after acquired, of Debtor located at all premises leased by creditor to Debtor.<br><br>**Describe the lien**<br>Commercial lease<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $71,900.00 | $9,825.00 |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☒ Yes. Specify each creditor, including this creditor and its relative priority.<br>1. Cummings Properties, LLC<br>2. U.S. Small Business Administration<br>3. Navitas Credit Corp. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** Navitas Credit Corp.<br>Creditor's Name<br>203 Fort Wade Road, Suite 300<br>Ponte Vedra Beach, FL 32081<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>7/8/2021<br>**Last 4 digits of account number**<br>2644 | **Describe debtor's property that is subject to a lien**<br>Horizon SmartSlitter SMSL-100 sheet processor.<br><br><br>**Describe the lien**<br>Equipment finance loan<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $32,496.00 | $45,000.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   My Print and Copy, LLC
_____          Case number (if known) _____
         Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| Specified on line 2.1 | ☐ Disputed |

| 2.3 | U.S. Small Business Administration | | $126,100.00 | $160,884.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
All tangible and intangible personal property, including, but not limited to: (a) inventory, (b) equipment, (c) instruments, including promissory notes (d) chattel paper, including tangible chattel paper and electronic chattel paper, (e) documents, (f) letter of credit rights, (g) accounts, including health-care insurance receivables and credit card receivables, (h) deposit accounts, (i) commercial tort claims, (j) general intangibles, including payment intangibles and software and (k) as-extracted collateral as such terms may from time to time be defined in the Uniform Commercial Code.   The security interest Borrower grants includes all accessions, attachments, accessories, parts, supplies and replacements for the Collateral, all products, proceeds and collections thereof and all records and data relating thereto.

409 3rd Street SW
Washington, DC 20416-0011
Creditor's mailing address

**Describe the lien**
Economic Injury Disaster Loan
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
11/17/2020
**Last 4 digits of account number**
8209

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ☒ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| Specified on line 2.1 | ☐ Disputed |

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $230,496.00 |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| CT Corporation System 155 Federal Street, Suite 700 Boston, MA 02110 | Line  2.2 | |
| Navitas Credit Corp. 201 Executive Center Drive, Suite 100 Columbia, SC 29210 | Line  2.2 | 2644 |

| Debtor | My Print and Copy, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| U.S. Small Business Administration<br>2 North 20th Street, Suite 320<br>Birmingham, AL 35203 | | Line  2.3 | 8209 |
| U.S. Small Business Administration<br>Office of Disaster Assistance<br>14925 Kingsport Road<br>Fort Worth, TX 76155 | | Line  2.3 | 8209 |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 3

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___My Print and Copy, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF MASSACHUSETTS___

Case number (if known) ___

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $28,992.00 |
|---|---|---|---|
| | Xerox Corporation | | |
| | 201 Merrit 7 | ☐ Contingent | |
| | Norwalk, CT 06851 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** __11/27/2019__ | **Basis for the claim:** __Equipment lease agreement__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

### Part 3:   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies,
   assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Prentice-Hall Corporation System, Inc.<br>84 State Street<br>Boston, MA 02109 | Line __3.1__<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | Xerox Corporation<br>P.O. Box 299075<br>Lewisville, TX 75029 | Line __3.1__<br><br>☐ Not listed. Explain ____ | __ |

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 28,992.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 28,992.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___My Print and Copy, LLC___

United States Bankruptcy Court for the: ___DISTRICT OF MASSACHUSETTS___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | Commercial property lease |
| State the term remaining | 25 months |
| List the contract number of any government contract | Cummings Properties, LLC<br>200 West Cummings Park<br>Woburn, MA 01801 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | Equipment lease |
| State the term remaining | 12 months |
| List the contract number of any government contract | Xerox Corporation<br>201 Merrit 7<br>Norwalk, CT 06851 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name __My Print and Copy, LLC__

United States Bankruptcy Court for the: __DISTRICT OF MASSACHUSETTS__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        Zip Code | | |
| 2.2 | _____ | Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        Zip Code | | |
| 2.3 | _____ | Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        Zip Code | | |
| 2.4 | _____ | Street | _____ | ☐ D<br>☐ E/F<br>☐ G |
| | | City        State        Zip Code | | |

**Fill in this information to identify the case:**

Debtor name ____My Print and Copy, LLC_____

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From 01/01/2023 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $176,126.00 |
| For prior year:<br>From 01/01/2022 to 12/31/2022 | ☒ Operating a business<br><br>☐ Other _____ | $254,829.00 |
| For year before that:<br>From 01/01/2021 to 12/31/2021 | ☒ Operating a business<br><br>☐ Other _____ | $300,646.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing for bankruptcy**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    My Print and Copy, LLC                                              Case number *(if known)*

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Cummings Properties, LLC 200 West Cummings Park Woburn, MA 01801 | September 2023, October 2023, November 2023 | $7,269.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☒ Other  Rental fees |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☒ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor     My Print and Copy, LLC _____     Case number *(if known)* _____

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Consumer Bankruptcy Relief Center<br>491 Maple Street Suite 308<br>Danvers, MA 01923-4025 | | 11/21/2023 | $2,338.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

Debtor    My Print and Copy, LLC _____    Case number *(if known)* _____

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. John Campoy 130 Old Ferry Road Haverhill, MA 01830 | 2014 Ford Escape, 171,880 miles | August 2023 | $3,200.00 |
| **Relationship to debtor** Former employee and spouse of Richard McElroy | | | |

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | My Print and Copy, LLC | Case number *(if known)* | |
|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Marblehead Bank<br>100 Cummings Center, Suite 101-F<br>Beverly, MA 01915 | XXXX-1858 | ☐ Checking<br>☒ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | September 2023 | $0.00 |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

Debtor    My Print and Copy, LLC _____    Case number *(if known)* _____

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    Daniel F. Rich & Associates, Inc.<br>5 Elm Street, Suite 2<br>Danvers, MA 01923 | 2009 - 2022 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Richard E. McElroy<br>130 Old Ferry Road, Unit C<br>Haverhill, MA 01830 | |
| 26c.2.    Adam Chase<br>93 Patten Hill Road<br>Candia, NH 03034 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | My Print and Copy, LLC | Case number *(if known)* | |
|---|---|---|---|

**Name and address**

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard E. McElroy | 130 Old Ferry Road, Unit C<br>Haverhill, MA 01830 | Manager | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Adam Chase | 93 Patten Hill Road<br>Candia, NH 03034 | Manager | 50% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Richard E. McElroy<br>130 Old Ferry Road, Unit C<br>Haverhill, MA 01830 | $27,750.00 | November 2022 - November 2023 | Salary |
| | **Relationship to debtor**<br>Manager | | | |
| 30.2. | Adam Chase<br>93 Patten Hill Road<br>Candia, NH 03034 | $15,900.00 | November 2022 - November 2023 | Salary |
| | **Relationship to debtor**<br>Manager | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor     My Print and Copy, LLC                                          Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      November 30, 2023

/s/   Richard E. McElroy                                    Richard E. McElroy
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor     Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## District of Massachusetts

In re    My Print and Copy, LLC                          Case No. _____

                                    Debtor(s)           Chapter     7 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     November 30, 2023                  /s/  Richard E. McElroy _____

                                       Richard E. McElroy/Manager
                                       Signer/Title

CT Corporation System
155 Federal Street, Suite 700
Boston, MA 02110


Cummings Properties, LLC
200 West Cummings Park
Woburn, MA 01801


Navitas Credit Corp.
203 Fort Wade Road, Suite 300
Ponte Vedra Beach, FL 32081


Navitas Credit Corp.
201 Executive Center Drive, Suite 100
Columbia, SC 29210


Prentice-Hall Corporation System, Inc.
84 State Street
Boston, MA 02109


U.S. Small Business Administration
409 3rd Street SW
Washington, DC 20416-0011


U.S. Small Business Administration
2 North 20th Street, Suite 320
Birmingham, AL 35203


U.S. Small Business Administration
Office of Disaster Assistance
14925 Kingsport Road
Fort Worth, TX 76155


Xerox Corporation
201 Merrit 7
Norwalk, CT 06851

# United States Bankruptcy Court
## District of Massachusetts

In re   My Print and Copy, LLC

Debtor(s)

Case No.
Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   My Print and Copy, LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

November 30, 2023

Date

/s/ Lisa K Bruno

Lisa K Bruno
Signature of Attorney or Litigant
Counsel for   My Print and Copy, LLC
Consumer Bankruptcy Relief Center
491 Maple Street Suite 308
Danvers, MA 01923
(978) 922-9200  Fax:(978) 922-9200
lisa@consumerbankruptcyrelief.com